# MEMORANDUM

## TO THE HONORABLE EDWARD R. KORMAN
### United States District Judge

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 9 2006 ★
BROOKLYN OFFICE

RE: Guaddarramo, Magdeleno
Dkt NO.: CR-90-259-4
**NOTIFICATION OF DEATH AND REQUEST TO VACATE WARRANT**

Reference is made to the above-named individual who was sentenced by Your Honor on November 30, 1990, to five years probation, to run concurrent with the state court parole sentence, and assessed $50. This sentence followed the offender's conviction for Possession With Intent to Distribute Heroin, a violation of 21 USC 841(a)(1) and 841(b)(1)(C). Guadderramo commenced supervision on November 30, 1990.

By way of background, on December 15, 1993, the offender was arrested by the Houston Police Department and charged with Possession with Intent to Deliver a Controlled Substance, Cocaine. Guaddarrama was subsequently sentenced to 45 years custody and ordered to pay a $50,000 fine. On August 8, 1994, Your Honor authorized the issuance of a warrant, based upon the pending violation of probation. The warrant was lodged as a detainer.

We are writing to advise Your Honor that on November 10, 1994, the offender passed away while in the Texas Department of Criminal Justice custody. Enclosed are copies of a letter from the State Classification Committee in Huntsville, Texas, and the NYSPIN Death Notification. Based on the aforementioned, we request that Your Honor vacate the warrant.

RESPECTFULLY SUBMITTED,

Tony Garoppolo
Chief U.S. Probation Officer

Prepared by: _____
Erin Weinrauch, U.S. Probation Officer

Approved by: _____
Antony Castellano, Supervising U.S. Probation Officer

The Court directs the following:

Request to Vacate Warrant Approved: s/Edward R. Korman
_____
Edward R. Korman, Chief U.S. District Judge
4/4/06

Request to Vacate Warrant Denied: _____
Edward R. Korman, Chief U.S. District Judge



Texas Department of Criminal Justice

Brad Livingston
Executive Director

April 11, 2006

Department of Probation
Ms. Erin Weinrauch
FAX: 347-534-3532

RE: Magdaleno Guadarama    TDCJ# 671548

Ms. Weinrauch:

The files of this Agency have been reviewed concerning offender Magdaleno Guadarama, TDCJ# 671548, pursuant to your request.

The subject offender was admitted to custody on 7-6-94 with a sentence begin date of 12-15-93 on a 45-year sentence from Harris County charged with Possession with intent to Deliver Controlled Substance, Cocaine.

The subject offender is deceased as of 11-10-94 while in our custody.

Sincerely,

*Bridgette Clay*

BRIDGETTE CLAY,
Administrative Assistant
To the State Classification Committee
(936) 437-6463
(936) 730-1752 FAX

BC/dw
cc: file

```
N 0940-0940 03/29/06 ROSQ# KEDC 13458   RDSQ# 07412141  PART 001 OF 001
LETS KEDC
62853  CR     TXIII0000 67290 NY023017G 56805 07:50-07:50 03/29/2006
TXT
HDR/2L01LKEDC01344226BH
ATN/DIAL,SHARON
```

THIS RECORD IS BASED ON THE SID NUMBER IN YOUR REQUEST-
SID/TX04753187.FBI/239351CA
TEXAS DEPARTMENT OF PUBLIC SAFETY COMPUTERIZED CRIMINAL HISTORY
THE FOLLOWING RECORD PERTAINS TO DPS NUMBER/TX 04753187
ADDITIONAL INFORMATION AVAILABLE FROM CORRECTION TRACKING SYSTEM (CTS)
THIS RECORD INCLUDES AT LEAST ONE FELONY CONVICTION.

NAME(S)
GUADARRAMA,MAGDALENO
GUADARAMA,MAGDALENO (AKA)

FBI NUMBER           DPS NUMBER
239351CA9            TX 04753187
SOCIAL SECURITY      DRIVERS LICENSE
129266758            15313923 NY              ID NUMBER
SEX                  RACE
M                    B                        SKIN TONE
HEIGHT               WEIGHT
504                  176                      DATE OF BIRTH
                                              05-29-1935
HAIR COLOR           EYE COLOR
GRY                  BRO                      FINGERPRINT PATTERN
AFIS FINGERPRINT     RIDGE COUNT              18TT14161117TT161509
HENRY CLASS                                   PRIMARY CLASS
18 M  1 T   OO 11    MM
   L  1 T   OO       LM
PLACE OF BIRTH       CITIZEN
PR                   US                       III CODE
SCARS, MARKS, AND TATTOOS                     MULTI-STATE
SC ABDOM                                      ALIAS DOB
TAT L HND
TAT UR ARM
DNA
N

DATE OF REPORT       ORIGINATION DATE         DATE OF LAST UPDATE
03-29-2006           01-11-1994               05-31-1995
===============================================================================
  EVENT CYCLE 1
    TRACKING NUMBER       9000780888
    ARREST DATE           12-15-1993
    TYPE                  ADULT
    AGENCY                TXHPD0000 - PD HOUSTON
    NAME                  GUADARRAMA,MAGDALENO
    -----------------------------------------------------------------
      TRACKING SUFFIX     A001
    -----------------------------------------------------------------
      OFFENSE DATA
        AGENCY ID NUMBER     631541
        AGENCY CASE NUMBER   135854193E
        OFFENSE DATE         12-15-1993
        OFFENSE              AGG MANUF/DEL/POSS CS >=400G
        CITATION             HSC 481.112(D)(3)
        LEVEL & DEGREE       FELONY - 1ST DEGREE
        DISPOSITION          TRANSFERRED TO COUNTY
        DISPOSITION DATE     12-15-1993
        REFERRED             TX101015A - DISTRICT ATTORNEYS OFFICE HOUSTON
    -----------------------------------------------------------------
      PROSECUTION DATA
        PROSECUTION AGENCY   TX101015A - DISTRICT ATTORNEYS OFFICE HOUSTON
        ACTION               PROSECUTOR ACCEPTS THE CHARGE
        OFFENSE              AGG MANUF/DEL/POSS CS >=400G
        CITATION             HSC 481.112(D)(3)
        LEVEL & DEGREE       FELONY - 1ST DEGREE
    -----------------------------------------------------------------
      COURT DATA
        COURT OFFENSE        AGG MANUF/DEL/POSS CS >=400G
        CITATION             HSC 481.112(D)(3)
        OFFENSE DESC         POSS W-INTENT TO DELIVER COCAINE

```
      LEVEL & DEGREE         FELONY - 1ST DEGREE
      DISPOSITION            CONVICTED
      CONFINEMENT            45Y
      RECEIVING CUSTODY      TX236065C - DEPT OF CRIMINAL JUSTICE
                                        HUNTSVILLE
```
---
```
   COURT DATA
      COURT AGENCY           TX101205J - 178TH DISTRICT COURT HOUSTON
      COURT OFFENSE          AGG MANUF/DEL/POSS CS >=400G
      CITATION               HSC 481.112(D)(3)
      LEVEL & DEGREE         FELONY - 1ST DEGREE
      DISPOSITION            CONVICTED
      DISPOSITION DATE       05-17-1994
      SENTENCE DATE          05-17-1994
      CAUSE NUMBER           068234201010
      FINAL PLEADING         GUILTY
      CONFINEMENT            45Y
      FINE                   50000
      RECEIVING CUSTODY      TX236065C - DEPT OF CRIMINAL JUSTICE
                                        HUNTSVILLE
      MULTIPLE SENTENCES     CONCURRENT
==================================================================
HISTORY OF CUSTODY EVENTS
------------------------------------------------------------------
      CUSTODY AGENCY         TX236065C - DEPT OF CRIMINAL JUSTICE HUNTSVILLE
      OFFENSE DATE           12-15-1993
      TRACKING NUMBER        9000780888
      AGENCY ID NUMBER       671548
      SENTENCE EXPIRATION    12-15-2038
      COMMITMENT COUNTY      HARRIS
      STATUS START DATE      07-06-1994
      STATUS SUPERVISION     RECEIVED
      SUPERVISION LITERAL    TX236065C DCJ671548 - DEPT OF CRIMINAL JUSTICE
                                        HUNTSVILLE
      ------------------------------------------------------------
      CUSTODY AGENCY         TX236065C - DEPT OF CRIMINAL JUSTICE HUNTSVILLE
      OFFENSE DATE           12-15-1993
      AGENCY ID NUMBER       671548
      SENTENCE EXPIRATION    12-15-2038
      COMMITMENT COUNTY      HARRIS
      STATUS START DATE      11-10-1994
      STATUS SUPERVISION     DIED
                             671548 - DEPT OF CRIMINAL JUSTICE
                             HUNTSVILLE
```
---
UNAUTHORIZED USE OR DISCLOSURE OF THE INFORMATION CONTAINED IN THIS RECORD
MAY RESULT IN SEVERE CRIMINAL PENALTIES.
SEE TEXAS GOVERNMENT CODE SECTION 411.085.
END OF RECORD
CRIME RECORDS SERVICE DPS AUSTIN TX 03/29/2006